MAY 17, 1948.

No. 428. PARKER *v.* ILLINOIS. Argued February 13, 1948. Decided May 17, 1948. *Per Curiam:* MR. JUSTICE JACKSON is of the opinion that the writ of certiorari should be dismissed and did not participate in the

question as to the disposition of the case on its merits. With respect to the merits the judgment is affirmed by an equally divided Court. Petitioner argued the cause and filed a brief *pro se. William C. Wines,* Assistant Attorney General of Illinois, argued the cause for respondent. With him on the brief was *George F. Barrett,* Attorney General.